Rassie Lester WILLIAMS, Appellant,

v.

LAMBERT'S POINT DOCKS, INC., Ringdals Rederi A/S, Olav Ringdals Tankrederi A/S, Skibs A/S Ringulv, and Skibs A/S Ringwood, Appellees,

v.

SOUTHERN STEVEDORING CORPORATION, Appellee,

v.

LAMBERT'S POINT DOCKS, INC., Appellee.

No. 13879.

United States Court of Appeals, Fourth Circuit.

Argued April 10, 1970.

Decided June 4, 1970.

Leonard B. Sachs, Norfolk, Va., for appellant.

Richard M. Swope, Norfolk, Va. (Jack E. Greer and Williams, Worrell, Kelly & Worthington, Norfolk, Va., on the brief), for appellee Lambert's Point Docks, Inc.

John W. Winston, Norfolk, Va. (Seawell, McCoy, Winston & Dalton, Norfolk, Va., on the brief), for appellee Ringdals Rederi A/S.

Before BOREMAN, WINTER and CRAVEN, Circuit Judges.

PER CURIAM:

Plaintiff below, Rassie Lester Williams, a longshoreman employed by Southern Stevedoring Corporation, appeals from the district court's decision upon his claim for damages for personal injuries resulting from a fall while he was working as a gangwayman with fellow employees in loading scrap metal aboard a ship.

Upon consideration of the record, briefs and oral argument we find no reversible error. The judgment below will be

Affirmed.

Barry Dean ROGERS, by his guardian ad litem, Luther James Rogers, Appellant,

v.

The UNITED STATES of America, and County of Sumter, Appellees.

The UNITED STATES of America, Appellant,

v.

COUNTY OF SUMTER, Appellee.

Nos. 14048, 14049.

United States Court of Appeals, Fourth Circuit.

Argued June 3, 1970.

Decided June 8, 1970.

C. Weston Houck, Florence, S. C. (R. A. Palmer and John L. Nettles, Florence, S. C., on the brief), for appellant in No. 14,048.

Joseph O. Rogers, U. S. Atty., and Wistar D. Stuckey, Asst. U. S. Atty., for appellees in No. 14,048 and appellant in No. 14,049.

Howard P. King, Sumter, S. C., for appellee in No. 14,049.

Before SOBELOFF, BOREMAN and CRAVEN, Circuit Judges.

PER CURIAM:

We affirm for the reasons stated by the District Court. Rogers v. United States, 302 F.Supp. 699 (1969).

Affirmed.